**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　Plaintiff, )<br>vs. )<br>JOSEPH D. MILANOWSKI, )<br>　　　　　Defendant. )<br>_____ ) | CASE NO. 2:09-CR-0291-RLH-PAL<br><br>**O R D E R**<br>(Motion for Reduction of Sentence–#48) |

　　　　The Court having considered the **Government's Motion Under Rule 35(b)** (#48, filed February 13, 2012) requesting the Court to grant an additional three (3)-level reduction from the total offense level previously established by the Court, based upon Milanowski's additional substantial assistance after sentencing, and reducing his sentence by 36 months, from 144 months to 96 months, and finding good cause therefore,

　　　　IT IS HEREBY ORDERED that the **Government's Motion Under Rule 35(b)** (#48) is GRANTED, and the Court hereby grants an additional three-level reduction from the total offense level and reduces Joseph D. Milanowski's sentence from 144 months to 96 months.

　　　　IT IS FURTHER ORDERED that an amended judgement be prepared reflecting the foregoing.

　　　　Dated: February 24, 2012.

_____
Roger L. Hunt
**United States District Judge**