BAILUS COOK & KELESIS, LTD.
Mark B. Bailus, Esq. (2284)
517 S. Ninth Street
Las Vegas, Nevada 89101
Telephone: 702-737-7702
Facsimile: 702-737-7712
Email: law@bckltd.com

*Attorneys for Defendant Joseph D. Milanowski*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JOSEPH D. MILANOWSKI,<br><br>  Defendant. | Case No. 2:09-cr-0291-RLH-PAL<br><br>AMENDED SUBSTITUTION OF ATTORNEY |

Defendant JOSEPH D. MILANOWSKI hereby substitutes Jacob A. Reynolds of Hutchison & Steffen; 10080 West Alta Dr., Suite 200, Las Vegas, Nevada 89145, 702-385-2500, as attorneys of record in place and stead of Bailus Cook & Kelesis, Ltd.; 517 S. 9th St., Las Vegas, NV 89101, 702-737-7702.

Defendant JOSEPH D. MILANOWSKI gives consent to the above in the attached Substitution of Attorney, attached hereto as Exhibit A.

We agree to the above substitution.

DATED this 9th day of September, 2014.

                                        BAILUS, COOK & KELESIS, LTD.

                                        */s/ Mark B. Bailus*_____
                                        Mark B. Bailus, Esq. (2284)
                                        517 S. 9th St.
                                        Las Vegas, NV 89101

I am duly admitted to practice in this District. Above substitution accepted.

DATED this 9th day of September, 2014.

        HUTCHISON & STEFFEN, LLC.

        */s/ Jacob A. Reynolds*
        Jacob A. Reynolds, Esq. (10199)
        Peccole Professional Park
        10080 West Alta Drive, Suite 200
        Las Vegas, Nevada 89145
        jreynolds@hutchlegal.com
        *Attorney for Defendant*

Please check one: __X__ RETAINED, or _____ APPOINTED BY THE COURT

APPROVED:

DATED: September 10, 2014        _/s/ Roger L. Hunt_
                                      UNITED STATES DISTRICT JUDGE

# EXHIBIT "A"

Jacob A. Reynolds, Esq. (10199)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:  (702) 385-2500
Fax:  (702) 385-2086
Email: jreynolds@hutchlegal.com

Attorneys for Defendant Joseph D. Milanowski

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cr-0291-RLH-PAL |
| Plaintiff, | SUBSTITUTION OF ATTORNEY |
| v. | |
| JOSEPH D. MILANOWSKI, | |
| Defendant. | |

It is hereby stipulated and agreed that HUTCHISON & STEFFEN, LLC, be substituted in the place and stead of BAILUS, COOK & KELESIS, Ltd. as counsel for Defendant JOSEPH D. MILANOWSKI.

DATED this _3rd_ day of _September_, 2014.

BAILUS, COOK & KELESIS, LTD.

_____
Mark B. Bailus, Esq. (2284)
517 S. 9th St.
Las Vegas, NV 89101

1

The undersigned hereby consents to be substituted in as the attorney for Defendant JOSEPH D. MILANOWSKI.

DATED this 4th day of September, 2014.

        HUTCHISON & STEFFEN, LLC.

        Jacob A. Reynolds, Esq. (10199)
        Peccole Professional Park
        10080 West Alta Drive, Suite 200
        Las Vegas, Nevada 89145
        jreynolds@hutchlegal.com
        *Attorney for Defendant*

The undersigned hereby consents to the change of BAILUS, COOK & KELESIS, LTD. as his counsel of record and further consents to the substitution of HUTCHISON & STEFFEN, LLC., as new counsel of record.

DATED this 25th day of August, 2014.

        JOSEPH D. MILANOWSKI

2